1

2

3

4

5

6

7

8                      **UNITED STATES DISTRICT COURT**

9                      **EASTERN DISTRICT OF CALIFORNIA**

10

11  LY THI TRAN,                                 )  Case No.: 1:19-cv-1727 - JLT
                                                 )
12              Plaintiff,                        )  ORDER GRANTING THE COMMISSIONER'S
                                                 )  REQUEST FOR AN EXTENSION OF TIME
13         v.                                     )
                                                 )
14  COMMISSIONER OF SOCIAL SECURITY,             )  (Doc. 14)
                                                 )
15              Defendant.                        )
                                                 )
16  _____          )

17         The parties have stipulated for the Commissioner to have an extension of thirty days to serve a

18  response to Plaintiff's confidential brief.  (Doc. 14)  Notably, the Scheduling Order provides for a

19  single extension of thirty days by stipulation of the parties (*see* Doc. 5 at 3), and the requested

20  extension complies with the terms of the Scheduling Order.  Accordingly, the Court **ORDERS**:

21         1.      The request for an extension of time (Doc. 14) is **GRANTED**; and

22         2.      The Commissioner **SHALL** file serve a response no later than **July 17, 2020**.

23

24  IT IS SO ORDERED.

25      Dated:   __**June 16, 2020**__                    __/s/ Jennifer L. Thurston__

26                                                  UNITED STATES MAGISTRATE JUDGE

27

28