UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LY THI TRAN,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>ANDREW SAUL,<br>Commissioner of Social Security,<br><br>　　　　Defendant. | Case No.: 1:19-cv-1727  JLT<br><br>ORDER REMANDING THE MATTER PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g)<br><br>ORDER DIRECTING ENTRY OF JUDGMENT IN FAVOR OF PLAINTIFF, LY THI TRAN, AND AGAINST DEFENDANT, ANDREW SAUL, COMMISSIONER OF SOCIAL SECURITY |

On July 13, 2020, Plaintiff and the Commissioner of Social Security stipulated to a voluntary remand of Plaintiff's appeal pursuant to sentence four of 42 U.S.C. § 405(g), for an ALJ to conduct any necessary proceedings and issue a new decision. (Doc. 17)  Thus, the Court **ORDERS**:

1. The matter is **REMANDED** for further administrative proceedings under sentence four of 42 U.S.C. § 405(g); and
2. The Clerk of Court is DIRECTED to enter judgment in favor of Plaintiff Li Thi Tran, and against Defendant Andrew Saul, Commissioner of Social Security.

IT IS SO ORDERED.

Dated: __**July 13, 2020**__　　　　　　　　___**/s/ Jennifer L. Thurston**___
　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE