# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LY THI TRAN,<br><br>        Plaintiff,<br><br>   v.<br><br>ANDREW SAUL,<br>Commissioner of Social Security,<br><br>        Defendant. | Case No.: 1:19-cv-1727 JLT<br><br>ORDER AWARDING ATTORNEY'S FEES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT<br><br>(Doc. 20) |

Ly Thi Tran and Andrew Saul, Commissioner of Social Security, stipulated for the payment of attorney's fees pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412(d). (Doc. 20) Subject to the terms of the stipulation, the Court **ORDERS:**

1. Plaintiff's request for fees (Doc. 20) is **GRANTED**; and

2. Fees in the total amount of $1,961.28 are **AWARDED** to Plaintiff, Ly Thi Tran.

IT IS SO ORDERED.

Dated: **October 19, 2020**           **/s/ Jennifer L. Thurston**
                                                     UNITED STATES MAGISTRATE JUDGE